Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Georgia

__Macon Division

| | | |
|---|---|---|
| Quinette (Gwenette) Westbrooks | ) | Case No. **5 : 17-CV- 365** |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | **Jury Trial:** *(check one)* ☑Yes ☐No |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| | ) | |
| DHS-DFCS Urban Co, Bibb County Macon, Shannon | ) | |
| Fields, Valerie Stewart | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | | |
| *with the full list of names.)* | | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.     The Parties to This Complaint**

   **A.     The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

|  |  |
|---|---|
| Name | Quinette (Gwenette) Westbrooks |
| Street Address | 5033 Nisbet Drive |
| City and County | Macon |
| State and Zip Code | Georgia  31206 |
| Telephone Number | 478-390-7759 |
| E-mail Address | gwenettewestbrooks@att.net |

   **B.     The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.



Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | DHS-DFACS Urban Co- Bibb County , Macon |
| Job or Title (if known) | Government Agency |
| Street Address | 456 Oglethorpe Street |
| City and County | Macon/ Bibb |
| State and Zip Code | Georgia 31201 |
| Telephone Number | (478) 751-3112 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Valerie Stewart |
| Job or Title (if known) | Building Manager/Purchaser |
| Street Address | 456 Oglethorpe Street |
| City and County | Macon/ Bibb |
| State and Zip Code | Georgia 31206 |
| Telephone Number | (478) 751-3112 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | Shannon Fields |
| Job or Title (if known) | County Director |
| Street Address | 456 Oglethorpe Street |
| City and County | Macon/ Bibb |
| State and Zip Code | Georgia 31201 |
| Telephone Number | (478) 751-3112 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.      Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Bibb County Department of Family and Children Services |
| Street Address | 456 Oglethorpe Street |
| City and County | Macon/ Bibb |
| State and Zip Code | Georgia  31201 |
| Telephone Number | (478) 751-3112 |

### II.      Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑️      Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐      Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑️      Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐      Other federal law *(specify the federal law)*:

☐      Relevant state law *(specify, if known)*:

☐      Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☑ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

2015 and continuing

C.   I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____   *(only when asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)*

limited walking due to osteoarthiritis , possible recent h

E.   The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Around December 2016 Plaintiff was placed in an area where there was no heat due to renovation. Plaint suffers from Osteoarthritis , and was under  treatment by a physician  denial of accommodation resulted in extensive treatment,  of series of injections in her knee , fluid aspirated from her knee for 6 weeks that caused Plaintiff difficulty in walking and a tear in the meniscus from degenerative disease, a bakers cyst from inflammation.  Surgery has been recommended to Plainiff. Plaintiff asked to be placed in a warmer area and was denied, Plaintiff requested that her printer be returned to her office until she was move back into her original office due to her inability to barley walk, that resulted in Plaintiff using a walking cane .  Plaintiff printer was denied to be returned to her which  resulted in Plaintiff having to walk

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.       It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

March, 2017

B.       The Equal Employment Opportunity Commission *(check one)*:

☐       has not issued a Notice of Right to Sue letter.

☑       issued a Notice of Right to Sue letter, which I received on *(date)*     *After 6/28/17 .*

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.       Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐       60 days or more have elapsed.

☐       less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff was issued a handicap decal due to her limited walking ability walk from a previous surgery through April 2016, until new law went into effect. Plaintiff employers were aware of if handicap decal. Plaintiff was made walk to another floor daily all through the day to obtain her work assignments for five (5) months and sometimes from two different printers when there were other offices on the floor where her work was faxed to. The County Director Shannon Fields a black female and a white female building manager Valerie Stewart retaliated against Plaintiff by placing her in an area in December 2016 where there was no heat during renovation after State Human Resources placed Plaintiff in warmer area in July 2016 against Shannon Field and Valerie Stewart refusal to accommodate Plaintiff to a warmer area for more than a year. Plaintiff was placed in Physical Therapy from June 2016 to July 2016 due to coldness causing Plaintiff 's medical condition to worsen and was given a physician statement to keep Plaintiff out of a cold environment from two different physicians. July 2016 after physical therapy Plaintiff printer was taken by Valerie Stewart knowing Plaintiff walking condition and was not given back to her by Ms. Valerie Stewart, but she allowed other employees with no medical problems to keep their printers until April 2017 after client filed a workers compensation claim. Valerie Stewart retaliated against Plaintiff because she had reported to her that they had allowed the handicap accessibility door stay broken until the State Administrators came to the office and after they left the handicap accessibility door became broken again the next day where Plaintiff and another African American employee that was disabled e that walked with a walker with other employees had to walk out of the way to get to our desk, the door was closer to our desk. The African American lady that was on a walker desk was about two cubicles from the door. A white female that walks with a walker was accommodated by moving her from the third floor to the first floor in order for her to be closer the door where she parked in a handicap parking place, and Valerie Stewart has also allowed the white female to keep her printer, when she took Plaintiff printer in July 2016, that s said that no one should have a printer at their desk. The same white female was moved in the same office that Plaintiff was moved into in December 2016 sometime in June or July 2017 and was allowed to keep her printer in her office so she wouldn't have to walk because she is on a walker and the fax on the first floor don't have the capability to receive faxes the same as Plaintiff set up was. Valerie Stewart discriminated against Plaintiff due to her disability and because of her race, because she allowed persons without a disability to keep their printers at their desk after she retrieved my printer and allowed a white female that uses a walker to keep her printer so she will not have to walk to the printer. Shannon Fields the County Director continue to retaliate against Plaintiff after Plaintiff was moved back after the renovation even after she was made aware that Plaintiff was going to have surgery on her knee she would not move Plaintiff in the area where Plaintiff daily work is faxed . She continue to make Plaintiff walk unnecessary, when there were three vacant offices in my department. Valerie Stewart has sworn under oath that she knew Plaintiff had a handicap parking decal and that she has seen Plaintiff on a walking cane. Shannon Field has testified under oath that Valerie Stewart normally makes the decisions on managing the building when it comes to maintaining the building, and also testified that she is not really familiar with Americans with Disabilities, even so all employees including her self are required to take the training every year.

punitive damages , reimbursements for any and all monies Plaintiff paid, attorney fees if applicable , pain and suffering . The maximum relief , to continue my employment until my retirement date.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          09/25/2017

Signature of Plaintiff

Printed Name of Plaintiff     Quinette (Gwenette) Westbrooks

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address